IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-MJ-386-DCK

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER |
| MARIA ESTHER GARCIA, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the government's oral Motion to Dismiss the Criminal Complaint in the above-referenced matter, as to this Defendant only. Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the government's oral Motion to Dismiss the Criminal Complaint, as to this Defendant only, is **GRANTED**.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, the U.S. Marshals Service, Defense Counsel, and the United States Attorney's Office.

Signed: October 17, 2016

David C. Keesler
United States Magistrate Judge